# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER WOOLRICH, | CV F   06-1848 OWW DLB HC |
|         Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL |
|    v. | [Doc. 9] |
| KEN CLARK, Warden, | |
|         Respondent. | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On February 20, 2007, Petitioner filed an amended petition for writ of habeas corpus.  In the petition, Petitioner requests the appointment of counsel.  Petitioner is advised that there currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See, Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.  Accordingly, petitioner's request for appointment of counsel is DENIED.

     IT IS SO ORDERED.

     Dated:   **May 9, 2007**                /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE