IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER WOOLRICH,

       Petitioner,            1:06-CV-01848 ALA HC

   vs.

KEN CLARK, Warden,

       Respondent.          ORDER TO SHOW CAUSE

_____/

    On May 10, 2007, Respondent was ordered to file a notice of appearance within sixty days of that order as well as a responsive pleading. Respondent has filed neither.

    Therefore, IT IS HEREBY ORDERED that Respondent is <u>ordered to show cause within 14 days</u> as to why Respondent has not complied with the court's May 10, 2007 order.

/////

DATED: November 16, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation