IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER WOOLRICH,

    Petitioner,                    1:06-CV-01848 ALA HC

    vs.

KEN CLARK, Warden,

    Respondent.                <u>ORDER</u>

_____/

       On May 10, 2007, Respondent was ordered to file a notice of appearance within sixty days of that order as well as a responsive pleading. Respondent filed neither. On November 19, 2007, Respondent was ordered to show cause as to why Respondent had failed to comply with the court's May 10, 2007, order.

       On January 11, 2008, Respondent responded to the court's order and also filed a motion to dismiss. It appears that Respondent did not receive notice of any of the court's prior orders until December 20, 2007. The court's November 19, 2007, order to show cause will therefore be discharged. Petitioner will be ordered to file a response to Respondent's motion to dismiss.

       Therefore, IT IS HEREBY ORDERED that:

       1. The November 19, 2007, order to show cause is discharged; and

       2. Petitioner shall file a response to Respondent's January 11, 2008, motion to dismiss within thirty-five (35) days of the date of this order.

1  /////

2  DATED: January 23, 2008

3                                                     /s/ Arthur L. Alarcón
                                                    UNITED STATES CIRCUIT JUDGE

4                                                     Sitting by Designation